IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Ivan Antjuan Burley
Plaintiff(s);

v. Sumner County, Sumner County 18th Judicial Drug Task Force, Jason Arnold, Dee Gay
Defendant(s).

Case Number 3:19-cv-00118

Judge William L. Campbell Jr.

Magistrate Judge _____

## Amended Complaint
(Type of Pleading)

Please amend this complaint by adding to the complaint the following defendants: Sumner County, Officer Jason Arnold, Judge Dee David Gay.

Sumner County is to be held accountable as the municipal corporation under which defendants Arnold and Gay are employed.

Arnold is to be held responsible and accountable as the law enforcement agent whom initiated the request for the unlawful civil forfeiture.

Gay is to be held responsible and accountable as the Sumner County circuit court judge whom ordered the forfeiture.

_____
(Signature)

Ivan Antjuan Burley
(Print Name)

P.O. Box 90007

Nashville, TN 37209

_____
(Address & Telephone Number, if any)