IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IVAN ANTJUAN BURLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:19-cv-00118 |
| ) | |
| SUMNER COUNTY 18TH JUDICIAL ) | JUDGE CAMPBELL |
| DRUG TASK FORCE, et al., ) | MAGISTRATE JUDGE NEWBERN |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 58), which was filed on February 17, 2021. Through the Report and Recommendation, the Magistrate Judge recommends that Defendant Gay's motion for summary judgment (Doc. No. 48) and Defendant Arnold's motion to dismiss (Doc. No. 50) be granted. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes that it should be adopted and approved. Accordingly, Defendant Gay's motion for summary judgment (Doc. No. 48) and Defendant Arnold's motion to dismiss (Doc. No. 50) are **GRANTED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE